IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BUDDY LYNN, et al.,            )
                               )
    Plaintiffs,                )
                               )
    5.                         )   CIVIL ACTION NO.
                               )    2:96cv940-MHT
AMOCO OIL COMPANY, et al.,     )       (WO)
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The defendants' motions for summary judgment (Doc. nos. 602, 604, 608, 610, 612, 614, 616, 618, 620, & 623) are granted as to count D of the third amended complaint.

(2) Judgment is entered in favor of the defendants and against the plaintiffs on count D of the third amended complaint, with the plaintiffs taking nothing as to count D.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 10th day of October, 2006.**

                                              <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**