```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BUDDY LYNN, et al.,          )
                             )
    Plaintiffs,              )
                             )
    5.                       )   CIVIL ACTION NO.
                             )    2:96cv940-MHT
AMOCO OIL COMPANY, et al.,   )       (WO)
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The defendants' motions for summary judgment (Doc. nos. 602, 604, 608, 610, 612, 614, 616, 618, 620, & 623) are granted as to count D of the third amended complaint.

(2) Judgment is entered in favor of the defendants and against the plaintiffs on count D of the third amended complaint, with the plaintiffs taking nothing as to count D.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of October, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE