IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BUDDY LYNN, et al.,            )
                               )
    Plaintiffs,                )
                               )
    v.                         )   CIVIL ACTION NO.
                               )   2:96cv940-MHT
AMOCO OIL COMPANY, et al.,     )      (WO)
                               )
    Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for entry of a stipulated order (Doc. No. 885) is granted.

(2) All claims and all pending matters in the above-entitled action are dismissed with prejudice, without costs to any party as against the others, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 3rd day of October, 2007.**

<u>   /s/ Myron H. Thompson   </u>
**UNITED STATES DISTRICT JUDGE**